## STATE *vs.* FRANK C. BRACKETT.

Oxford County. Decided September 13, 1924. This case is not properly before the court. It purports to have been brought forward on exceptions to the overruling of a demurrer, but no bill of exceptions appears in the record and the docket entries do not show that any such bill of exceptions was allowed or even filed.

The case must be dismissed. The respondent has not suffered by this irregularity however, for an examination of the indictment shows that the demurrer was properly overruled. Case dismissed from Law Court Docket. *Hugh W. Hastings, County Attorney,* for the State. *W. G. Conary and Albert Beliveau,* for respondent.